No. D–843. IN RE DISBARMENT OF BROWN. Disbarment entered. [For earlier order herein, see 493 U. S. 988.]

No. D–850. IN RE DISBARMENT OF MORRISON. James Robert Morrison III, of Alton, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 16, 1990 [493 U. S. 1040], is hereby discharged.

No. D–853. IN RE DISBARMENT OF JONES. Motion to defer further proceedings granted. [For earlier order herein, see 493 U. S. 1040.]

No. D–876. IN RE DISBARMENT OF TOBIN. It is ordered that Thomas P. Tobin, of Lloyd Harbor, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–877. IN RE DISBARMENT OF SOLERWITZ. It is ordered that Jack B. Solerwitz, of Brookville, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 88–2109. KANSAS ET AL. v. KANSAS POWER & LIGHT CO. ET AL. C. A. 10th Cir. [Certiorari granted, 493 U. S. 1041.] Motion of Nancy Allevato, Personal Representative of Michael J. Ferrantino, Sr., deceased, for leave to file a brief as *amicus curiae* granted.

No. 89–453. METRO BROADCASTING, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. [Certiorari granted, 493 U. S. 1017.] Motion of respondent Rainbow Broadcasting Co. for divided argument granted.

No. 89–504. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. v. FINKELSTEIN. C. A. 3d Cir. [Certiorari granted, 493 U. S. 1055.] Motion of the Solicitor General to dispense with printing the joint appendix granted.